...

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**  
**DISTRICT COURT EXECUTIVE**  
AND **CLERK OF COURT**

**DOCKETING SECTION**  
404-215-1655

June 30, 2017

Clerk of Court  
U.S. Court of Appeals, Eleventh Circuit  
56 Forsyth Street, N.W.  
Atlanta, Georgia   30303

      **U.S.D.C. No.: 1:15-cv-1900-TWT**  
      **U.S.C.A. No.: 00-00000-00**  
      **In re:   *David L. Boysen v.* Illinois Tool Works Inc. Separation Pay Plan, et al.**

    Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| X | **Certified copies of the Notice of Appeal, Docket Sheet, Clerk's Judgment and Orders appealed enclosed.** |
|   | This is not the first notice of appeal.  Other notices were filed on: . |
|   | There is no transcript. |
| X | **The court reporter is Susan C. Baker.** |
| X | **There is sealed material.** |
|   | Other: . |
| X | **Fee paid on 6/29/17; Receipt Number 113E-7239117.** |
|   | Appellant has been  leave to file *in forma pauperis*. |
|   | This is a bankruptcy appeal.  The Bankruptcy Judge is . |
|   | The Magistrate Judge is . |
| X | **The United States District Judge is Thomas W. Thrash, Jr.** |
|   | This is a **DEATH PENALTY** appeal. |

                              Sincerely,

                              James N. Hatten  
                              District Court Executive  
                              and Clerk of Court

                      By:   /s/ Kimberly Carter  
                              Deputy Clerk

Enclosures