IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAVID L. BOYSEN,<br><br>    Plaintiff,<br><br>v.<br><br>ILLINOIS TOOL WORKS INC. SEPARATION PAY PLAN, and ILLINOIS TOOL WORKS, INC.,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:15-cv-01900-TWT |

## **DEFENDANTS' NOTICE OF CROSS-APPEAL**

Pursuant to Rules 3 and 4(a)(3)of the Federal Rules of Appellate Procedure, notice is hereby given that Defendants Illinois Tool Works Inc. Separation Pay Plan and Illinois Tool Works, Inc. (collectively, the "ITW Defendants") appeal to the United States Court of Appeals for the Eleventh Circuit from the May 31, 2017 Order (ECF No. 85) and Amended Judgment (ECF No. 86) with respect to their denial of Defendants' Motion for Attorneys' Fees and Costs (ECF No. 72) and granting in part Plaintiff's Motion to Alter or Amend Judgment and Reconsider Summary Judgment Order (ECF No. 75).

Further, in response to Plaintiff's Notice of Appeal, which purports to appeal "all prior orders in the case," Defendants state their intent to challenge on appeal

any ruling adverse to Defendants that is material to any issue raised or relief sought by Plaintiff on appeal.

Respectfully submitted this 12th day of July, 2017.

/s/Wesley E. Stockard
Wesley E. Stockard
Georgia Bar No. 159090
Shella B. Neba
Georgia Bar No. 305082
LITTLER MENDELSON
3344 Peachtree Road N.E.
Suite 1500
Atlanta, GA  30326.4803
Tel: 404.233.0330
Fax: 404.233.2361

COUNSEL FOR DEFENDANTS

## **FONT CERTIFICATION**

The undersigned hereby certifies that this pleading complies with the requirements of LR 5.1B because the document has been prepared in Times New Roman, 14 point, and 1.5" and 1" margins.

>                    */s/ Wesley E. Stockard*
>                    Wesley E. Stockard
>                    Georgia Bar No. 159090
>
>                    Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAVID L. BOYSEN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ILLINOIS TOOL WORKS INC.<br>SEPARATION PAY PLAN, and<br>ILLINOIS TOOL WORKS, INC.,<br><br>　　　　Defendants. | CIVIL ACTION NO.<br>1:15-cv-01900-TWT |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of July, 2017, I have electronically filed the foregoing **DEFENDANTS' NOTICE OF CROSS-APPEAL** using the Court's ECF system, which will automatically generate notice to:

R. Lawrence Ashe, Jr.
Paul R. Barsness
Parker, Hudson, Rainer & Dobbs, LLP
303 Peachtree Street, N.E.
Suite 3600
Atlanta, Georgia 30308

　　　　　　　　　　　　　　　　*/s/ Wesley E. Stockard*
　　　　　　　　　　　　　　　　Wesley E. Stockard

4