# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DAVID L. BOYSEN,<br><br>    Plaintiff,<br><br>v.<br><br>ILLINOIS TOOL WORKS INC. SEPARATION PAY PLAN and ILLINOIS TOOL WORKS, INC.,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:15-cv-1900-TWT |

## **ORDER**

The parties contacted the Court jointly on September 12, 2019 to request additional time to complete the conferral process previously ordered during the August 29, 2019 Status Conference [Doc. 106]. The Court GRANTS the request.

IT IS HEREBY ORDERED that the period within which the parties shall complete the conferral process is extended an additional thirty (30) days from the date of entry of this Order. The Clerk is DIRECTED to submit this Order to the undersigned at the expiration of the above time period.

SO ORDERED, this 17th day of September, 2019.

/s/ Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE