IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DAVID L. BOYSEN,

    Plaintiff,

  v.

ILLINOIS TOOL WORKS INC.
SEPARATION PAY PLAN, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:15-CV-1900-TWT

**ORDER**

This is an ERISA action. It is before the Court on the Plaintiff's Motion for Leave to File Supplemental Brief [Doc. 111]. Additional briefing at this time is premature. The Plaintiff's Motion for Leave to File Supplemental Brief [Doc. 111] is DENIED.

SO ORDERED, this 20 day of March, 2020.

          /s/Thomas W. Thrash
          THOMAS W. THRASH, JR.
          United States District Judge