IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAVID L. BOYSEN,<br><br>　　Plaintiff,<br><br>　　v.<br><br>ILLINOIS TOOL WORKS INC.<br>SEPARATION PAY PLAN, et al.,<br><br>　　Defendants. | CIVIL ACTION FILE<br>NO. 1:15-CV-1900-TWT |

**ORDER**

This is an ERISA action.  It is before the Court on the Plaintiff's Motion for Attorney Fees [Doc. 110] which is DENIED without prejudice as premature. The motion may be renewed after remand to the Administrator has been completed.

SO ORDERED, this 2 day of September, 2020.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\15\Boysen\attyfeees.docx