

May 26, 2022

**Paul R. Barsness**
d: (404) 420-4318
pbarsness@phrd.com

Honorable Thomas W. Thrash, Jr.
ATTN: Jordyn Holder
Courtroom Deputy Clerk
2188 United States Courthouse
75 Ted Turner Dr., SW
Atlanta, GA 30303-3309

RE:   *David L. Boysen v. Illinois Tool Works Inc. Separation Pay Plan, and Illinois Tool Works, Inc.*
United States District Court for the Northern District of Georgia
Civil Action No. 1:15-CV-01900-TWT

Dear Ms. Holder:

Pursuant to the Federal Rules of Civil Procedure, Local Rule 83.1E(3) this letter serves as my request that the above-referenced case not be calendared during the following period:

- June 17, 2022 thru and including July 4, 2022 – purpose of the leave is for out-of-state travel.

Respectfully submitted,

*Paul Barsness*

Paul R. Barsness

PRB/rno

cc:   Wesley E. Stockard, Esq.