IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DAVID L. BOYSEN,

    Plaintiff,

      v.

ILLINOIS TOOL WORKS INC.
SEPARATION PAY PLAN, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:15-CV-1900-TWT

**ORDER**

This is an ERISA action. No substantial activity has occurred in the case in more than two years. Pursuant to local Rule 43.1, the Clerk is directed to close the case administratively.

SO ORDERED, this __27th__ day of July, 2022.

THOMAS W. THRASH, JR.
United States District Judge